JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROA OJEDA CARLOS ALBERTO,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-01838-MCS-DKS<br>ADELANTO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is granted. Respondents shall immediately release Roa Ojeda Carlos Alberto (A# 216-563-743) on his prior conditions of release and return any confiscated property and documents upon his release.

DATED: August 24, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE